# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN, | 1:12-cv-01876-SAB (HC) |
| Petitioner, | ORDER RECUSING MAGISTRATE JUDGE STANLEY A. BOONE AND DIRECTING CLERK OF COURT TO ASSIGN ACTION TO MAGISTRATE JUDGE BARBARA A. McAULIFFE |
| v. | |
| PAUL COPENHAVER, | |
| Respondent. | |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1. That the undersigned recuses himself as the magistrate judge to whom this case is assigned.

2. This case shall be reassigned to the docket of Magistrate Judge Barbara A. McAuliffe by the Clerk's Office.

3. The new case number shall be:

**1:12-cv-01876 BAM (HC)**,

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a delay of documents being

1

processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **January 7, 2013**  /s/ **Stanley A. Boone**
UNITED STATES MAGISTRATE JUDGE