# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS TERRELL FREEMAN,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL COPENHAVER,<br><br>    Respondent. | Case No.:1:12-cv-01876-BAM (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR INJUNCTIVE RELIEF<br><br>(ECF No. 12) |

On January 10, 2013, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 was dismissed and judgment was entered.

On January 16, 2013, Petitioner filed a motion for injunctive relief. In his motion, Petitioner requests the Court issue an order preventing him from being transferred to a different facility until the completion of this action and that unconstitutional convictions not be used against him for classification purposes.

Because this action was dismissed on January 10, 2013, this Court cannot provide Petitioner with any further relief. As stated in the dismissal order, should Petitioner wish to pursue his claims he

///

///

///

///

1

must do so by way of some other legal avenue. Accordingly, Petitioner's motion for injunctive relief is DENIED.

IT IS SO ORDERED.

Dated: **July 15, 2013**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE