1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11   DEMETRIUS TERRELL FREEMAN,            )   Case No.:1:12-cv-01876-BAM (HC)
                                           )
12               Petitioner,               )   ORDER DENYING PETITIONER'S MOTION
                                           )   FOR INJUNCTIVE RELIEF
13         v.                              )
                                           )   (ECF No. 12)
14   PAUL COPENHAVER,                      )
                                           )
15               Respondent.               )
                                           )
16   _____)

17         On January 10, 2013, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C.

18   § 2241 was dismissed and judgment was entered.

19         On January 16, 2013, Petitioner filed a motion for injunctive relief.   In his motion, Petitioner

20   requests the Court issue an order preventing him from being transferred to a different facility until the

21   completion of this action and that unconstitutional convictions not be used against him for

22   classification purposes.

23         Because this action was dismissed on January 10, 2013, this Court cannot provide Petitioner

24   with any further relief.  As stated in the dismissal order, should Petitioner wish to pursue his claims he

25   ///

26   ///

27   ///

28   ///

                                                    1

1    must do so by way of some other legal avenue.  Accordingly, Petitioner's motion for injunctive relief

2    is DENIED.

3    IT IS SO ORDERED.

4        Dated:    **July 15, 2013**                    /s/ *Barbara A. McAuliffe*

5                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28